```
IT IS SO ORDERED
[signature]
Judge Yvonne Gonzalez Rogers
2/8/2019
```

EDWARD C. CASEY JR. (CA SBN 123702)
Ed@edcaseylaw.com
LAW OFFICES OF EDWARD C. CASEY JR.
600 Grand Avenue, Suite 305
Oakland, California 94610
Telephone:    510.251.2300
Facsimile:    510.251.2305

Attorney for Plaintiff
BOBBY S. OKOWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOBBY S. OKOWA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 4:19-cv-00214-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | Plaintiff Bobby S. Okowa and Defendant United Parcel Service, Inc. ("UPS"), by and |
| 2 | through their undersigned counsel of record, hereby stipulate and agree that the above-captioned |
| 3 | action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal |
| 4 | Rules of Civil Procedure. This stipulation does not affect the rights or claims Plaintiff may have |
| 5 | against any party other than UPS and its employees, agents, and representatives. Each party shall |
| 6 | bear its own attorneys' fees and costs. |

**IT IS SO STIPULATED.**

Dated: February 8, 2019

LAW OFFICES OF EDWARD C. CASEY JR.

By: _____
　　Edward C. Casey Jr.

Attorney for Plaintiff
BOBBY S. OKOWA

Dated: February 8, 2019

MORRISON & FOERSTER LLP

By: */s/ Gregory B. Koltun*
　　Gregory B. Koltun

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

### ECF ATTESTATION

I, Edward C. Casey Jr., am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE. In accordance with Civil Local Rule 5-1(i)(3), concurrence in the filing of this document has been obtained from Gregory B. Koltun, counsel for Defendant United Parcel Service, Inc., and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: February 8, 2019

LAW OFFICES OF EDWARD C. CASEY JR.

By: _____
EDWARD C. CASEY JR.

Attorney for Plaintiff
BOBBY S. OKOWA